IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

LINDA C. WOLFORD, as Executrix of the Estate of GEORGE M. CRYDER, deceased,

Plaintiffs,

vs.

CIVIL ACTION NO.: CV590-253

CSX TRANSPORTATION, INC.,

Defendant.

## ORDER

Defendant has filed a Motion in Limine Regarding Wrongful Death. (Doc. 84.) Defendant seeks to exclude evidence, references, or inferences by Plaintiff that George M. Cryder's death was a result of asbestos exposure. Plaintiff has filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Accordingly, Defendant's unopposed motion is **GRANTED**. Plaintiff, her witnesses, and her attorneys are prohibited from stating or inferring that Plaintiff's decedent's death was partially or wholly caused by his alleged asbestos exposure during any portion of the trial proceedings, including voir dire examination.

SO ORDERED, this 27th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)