# United States District Court
## *Southern District of Georgia*
Waycross Division

U.S. DISTRICT COURT
FILED DIV.

2005 MAY 31 PM 2: 33

CLERK
SO. DIST. OF GA.

LINDA C. WOLFORD, AS EXECUTRIX OF
EST. OF GEORGE M. CRYDER

\*

\*          CASE NUMBER ___CV 590-253___

vs                                          \*

CSX TRANSPORTATION, INC.

\*

\*

\*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has

been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the

right, upon good cause shown within sixty (60) days, to reopen the action for the sole

purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by

United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this __31st__ day of _____May_____ , 2005.


_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA